Retailer's Finance Company, Inc., Appellant, v. Marguerite Conry and Adkins Transfer Company, Appellees.

Gen. No. 45,011.

First District, Third Division.

June 29, 1951.

Released for publication July 30, 1951.

Magnus Rosenberger and Nathan W. Rubenstein, for appellant; Charles D. Snewind, of counsel; Samuel M. Kane, for certain appellee; M. J. Myer and Edward E. Kane, of counsel. Opinion by JUDGE LEWE. Not to be published in full.